UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENGER, ) ) Plaintiff(s), ) ) v. ) ) UNITED RENTALS, INC., et ) al., ) ) Defendant(s). ) ) | No. C08-4882 BZ **ORDER** |

On October 27, 2008, plaintiff filed an objection to removal. Nothing further has been filed in support of that objection.

Judging from the last sentence of the objection, plaintiff wishes to have this matter remanded. If the court is correct, plaintiff should file a motion to remand following the requirements for motion practice set forth in Civil Local Rule 7.

Dated: November 19, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENGER\ORDER RE OBJECTION TO REMOVAL.wpd

1