CHARLES S. CUSTER (SBN: 124270)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
ccuster@gordonrees.com
jyonemitsu@gordonrees.com

Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.
(erroneously sued herein as United Rentals, Inc.)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ENGER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED RENTALS, INC., JLG CORP., JLG INDUSTRIES, INC., OSHKOSH CORP., OSHKOSH INDUSTRIES, INC., and DOES 1 Through 10, INCLUSIVE,<br><br>        Defendants. | USDC No. C 08-04882 BZ<br><br>**DEFENDANT UNITED RENTALS NORTHWEST, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: February 2, 2009<br>Time: 4:00 p.m.<br>Place: USDC, Courtroom G, 15th Floor, San Francisco, California<br>Judge: Bernard Zimmerman |

Pursuant to Local Rule 16-10, defendant UNITED RENTALS NORTHWEST, INC. requests to participate in the Initial Case Management Conference on February 2, 2009, at 4:00 p.m., by telephone.

    1.    Lead trial counsel, Chuck Custer, begins a two to four week trial on January 26, 2009, in Del Norte Superior Court in Crescent City, <u>Lawson v. Safeway, et al.</u>, Case No. CVUJ 06-1190. In addition, assistant trial counsel, Jon Yonemitsu, will be in depositions in Colorado on February 2.

2. This request for telephonic appearance is submitted in the event the Court does not grant the parties Stipulation to Continue the Initial Case Management Conference from February 2, 2009 to February 13, 2009.

3. Based on the scheduling conflicts set forth above, defendant UNITED RENTALS NORTHWEST, INC. respectfully requests to be excused from personally appearing for the upcoming Case Management Conference.

Dated: January 23, 2009              GORDON & REES LLP

By: _____
Charles S. Custer
Jon C. Yonemitsu
Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.,
(erroneously sued herein as United Rentals, Inc.)

### ORDER OF TELEPHONIC APPEARANCE

Having considered defendant UNITED RENTALS NORTHWEST, INC.'s request for telephonic appearance and for good cause appearing, it is hereby ORDERED:

1. Defendant UNITED RENTALS NORTHWEST, INC. is excused from personally appearing at the upcoming Case Management Conference set for February 2, 2009, at 4:00 p.m., and may appear telephonically.

Dated: January    , 2009

_____
UNITED STATES MAGISTRATE JUDGE

-2-

REQUEST FOR TELEPHONIC APPEARANCE                             USDC No. C-08-04882 BZ