1  CHARLES S. CUSTER (SBN: 124270)
   JON C. YONEMITSU (SBN: 199026)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, California 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5  ccuster@gordonrees.com
   jyonemitsu@gordonrees.com
6
   Attorneys for Defendant
7  UNITED RENTALS NORTHWEST, INC.
   (erroneously sued herein as United Rentals, Inc.)

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12 | RICHARD ENGER,                              ) USDC No. C 08-04882 BZ
                                                )
13 |              Plaintiff,                     ) **STIPULATION TO CONTINUE CASE**
                                                ) **MANAGEMENT CONFERENCE DATE**
14 |    vs.                                     ) **AND [PROPOSED] ORDER**
                                                )
15 | UNITED RENTALS, INC., JLG CORP., JLG       )
     INDUSTRIES, INC., OSHKOSH CORP.,           )
16 | OSHKOSH INDUSTRIES, INC., and DOES 1       )
     Through 10, INCLUSIVE,                     )
17 |                                            )
                 Defendants.                    )
18

19      Plaintiff, RICHARD ENGER, and defendants, UNITED RENTALS NORTHWEST,

20 INC. and JLG INDUSTRIES, INC., by and through their respective attorneys of record, hereby

21 stipulate as follows:

22      1.   Both lead trial counsel and assisting trial counsel for defendants UNITED

23 RENTALS NORTHWEST, INC. and JLG INDUSTRIES, INC. are not available to personally

24 attend the upcoming Initial Case Management Conference set for February 2, 2009 at 4:00 p.m.

25 Said counsel will either be in trial in Eureka and Crescent City or in depositions in Colorado on

26 that date and time.

27

28

-1-

2.  Accordingly, pursuant to Local Rule 16-4, the parties jointly request the Court continue the Initial Case Management Conference to February 13, 2009 at a time to be determined by the Court.

Dated: January __, 2009           LAW OFFICES OF JOHN C. SMITH, JR.


By:_____
John C. Smith, Jr.
Attorneys for Plaintiff RICHARD ENGER


Dated: January __, 2009           DRYDEN, MARGOLES, SCHIMANECK & WERTZ


By:_____
Frank E. Schimaneck, Esq.
Susan E. Foe, Esq.
Attorneys for Defendant JLG INDUSTRIES, INC.

Dated: January 23, 2009           GORDON & REES LLP


By:_____
Charles S. Custer
Jon C. Yonemitsu
Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.,
(erroneously sued herein as United Rentals, Inc.)

## ORDER OF STIPULATION TO CONTINUE DATE

Having considered the parties Stipulation of Continuance, good cause appearing, it is hereby ORDERED:

1.  The Initial Case Management Conference currently set for February 2, 2009, is rescheduled to ~~February 13, 2009 at _____~~.   March 9, 2009 at 4:00 p.m.

Dated: January 23, 2009

_____
UNITED STATES MAGISTRATE JUDGE

2.  Accordingly, pursuant to Local Rule 16-4, the parties jointly request the Court continue the Initial Case Management Conference to February 13, 2009 at a time to be determined by the Court.

Dated: January 22, 2009         LAW OFFICES OF JOHN C. SMITH, JR.

By: _____
John C. Smith, Jr.
Attorneys for Plaintiff RICHARD ENGER

Dated: January ___, 2009         DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By: _____
Frank E. Schimaneck, Esq.
Susan E. Foe, Esq.
Attorneys for Defendant JLG INDUSTRIES, INC.

Dated: January ___, 2009         GORDON & REES LLP

By: _____
Charles S. Custer
Jon C. Yonemitsu
Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.,
(erroneously sued herein as United Rentals, Inc.)

## ORDER OF STIPULATION TO CONTINUE DATE

Having considered the parties Stipulation of Continuance, good cause appearing, it is hereby ORDERED:

1.  The Initial Case Management Conference currently set for February 2, 2009, is rescheduled to February 13, 2009 at _____.

Dated: January ___, 2009

_____
UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION

2.      Accordingly, pursuant to Local Rule 16-4, the parties jointly request the Court continue the Initial Case Management Conference to February 13, 2009 at a time to be determined by the Court.

Dated: January __, 2009              LAW OFFICES OF JOHN C. SMITH, JR.


By: _____
    John C. Smith, Jr.
    Attorneys for Plaintiff RICHARD ENGER


Dated: January 22, 2009              DRYDEN, MARGOLES, SCHIMANECK & WERTZ


By: _____
    Frank E. Schimaneck, Esq.
    Susan E. Foe, Esq.
    Attorneys for Defendant JLG INDUSTRIES, INC.


Dated: January __, 2009              GORDON & REES LLP


By: _____
    Charles S. Custer
    Jon C. Yonemitsu
    Attorneys for Defendant
    UNITED RENTALS NORTHWEST, INC.,
    (erroneously sued herein as United Rentals, Inc.)

## ORDER OF STIPULATION TO CONTINUE DATE

Having considered the parties Stipulation of Continuance, good cause appearing, it is hereby ORDERED:

1.      The Initial Case Management Conference currently set for February 2, 2009, is rescheduled to February 13, 2009 at _____.

Dated: January __, 2009

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION