
Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email: feschimaneck@drydenlaw.com; sefoe@drydenlaw.com

Attorneys for Defendant
JLG INDUSTRIES, INC.

FILED
JAN 23 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ENGER,<br>Plaintiff,<br>v.<br>UNITED RENTALS, INC., JLG CORP., JLG INDUSTRIES, INC., OSHKOSH CORP., OSHKOSH INDUSTRIES, INC. and DOES 1 through 10,<br>Defendants. | USDC No. 3:08-cv-04882-BZ<br>**STIPULATION OF DISMISSAL**<br>Complaint filed: August 29, 2008 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendants OSHKOSH CORP. and OSHKOSH INDUSTRIES, INC. be and hereby are dismissed without prejudice pursuant to FRCP § 41(a)(1).

DATED: December 3, 2008

LAW OFFICES OF JOHN C. SMITH, JR.

JOHN C. SMITH, JR., ESQ.
Attorneys for Plaintiff
RICHARD ENGER

///

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

1

STIPULATION OF DISMISSAL
*Enger, Richard v. United Rentals*, USDC No. 3:08-cv-04882-BZ

DATED: December 2, 2008

DRYDEN, MARGOLES, SCHIMANECK & WERTZ

SUSAN E. FOE, ESQ.
Attorneys for Defendants
JLG INDUSTRIES, INC.

So Ordered 1/23/09

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

2

STIPULATION OF DISMISSAL
Enger, Richard v. United Rentals, USDC No. 3:08-cv-04882-BZ