**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6   RICHARD ENGER,                                    NO:  C-08-4882 BZ (MEJ)

7                    Plaintiff(s),                    NOTICE AND ORDER SCHEDULING
                                                      SETTLEMENT CONFERENCE
8        vs.

9   UNITED RENTALS, INC., et al..

10                   Defendant(s).
                                              /
11

12

13        PLEASE TAKE NOTICE that this case has been  scheduled for a  Settlement Conference

14   before Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **October**

15   **30,  2009,  at 10:00 a.m**. **in Judge James' <u>CHAMBERS</u>**, located at the Federal Building, 450

16   Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **The parties shall immediately**

17   **notify the Court if this matter settles or is dismissed before the settlement conference date.** On

18   the date of the settlement conference, counsel and parties shall use the telephone adjacent to

19   chambers' security entrance to notify the Court of their arrival.

20        Settlement Conference statements shall be submitted in accordance with Magistrate Judge

21   James' <u>STANDING</u> <u>ORDER</u> <u>RE:</u> <u>SETTLEMENT</u> <u>CONFERENCE</u> <u>PROCEDURES</u>, a copy of which

22   may be obtained from the Northern District of California's website at

23   http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,

24   then choose Magistrate Judge James.

25        When filing papers that require the Court to take any action (e.g. motions, calendaring issues,

26   administrative requests or a request to be excused from attendance), the parties shall, in addition to

27   filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next

28   court day following the day the papers are filed electronically.  These printed copies shall be marked

1   "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with

2   Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy

3   of any document with the Clerk's Office that has already been filed electronically.  **Any proposed**

4   **orders must also be emailed to: mejpo@cand.uscourts.gov**

5        Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

6   questions.

7

8   IT IS SO ORDERED.

9
Dated:  April 3,  2009

10       MARIA-ELENA JAMES
    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28           2

**United States District Court**
For the Northern District of California