1  JOHN C. SMITH JR., ESQ. (SB#47157)
   MICHAEL J. MANDEL, ESQ. (SB#42964)
2  1390 Market Street, Suite 310
   San Francisco, CA  94102
3  415-626-5400 (Tel)
   415-626-5420 (Fax)
4
   Attorneys for Plaintiff
5  RICHARD ENGER

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8               SAN FRANCISCO DISTRICT

9

10 RICHARD ENGER,                      ) No. C 08-04882 BZ
                                       )
11            Plaintiff,               )
                                       )
12 vs.                                 )
                                       ) STIPULATION CONTINUING
13                                     ) DATE OF HEARING ON
   UNITED STATES RENTALS, INC., JLG    ) DEFENDANT'S MOTION FOR
14 CORP., JLG INDUSTRIES, INC.,        ) SUMMARY JUDGMENT
   OSHKOSH CORP., OSHKOSH INDUSTRIES,  ) Date: Jan. 6, 2010
15 INC., and DOES 1 - 10, inclusive    ) Time: 10:00 a.m.
                                       ) Dept: Courtroom G, 15th Flr.
16            Defendants.              ) Judge: Hon. Bernard
                                       )       Zimmerman
17                                     )
   _____)

18      Plaintiff, RICHARD ENGER, by and through his attorneys,

19 John C. Smith and Michael J. Mandel, and Defendant and Moving

20 Party, JLG Industries, Inc., by their attorneys Dryden, Margoles,

21 Shimaneck & Wertz hereby stipulate that Defendant's JLG's Motion

22 for Summary Judgment, now set to be heard on December 16, 2009, be

23 continued for Hearing to January 6, 2010, in Courtroom G, 15th Floor

24 of the above-entitled Court.

25      Plaintiff's Opposition is now due on **December 16, 2009**, and

26 any reply Brief would be due **December 24, 2009**.

27
                            1.
28
   ─────────────────────────────────────────────────────────────────
   STIPULATION CONTINUING DATE OF HEARING ON DEFD'S MOTION FOR SUMMARY JUDGMENT

1   Dated:   November 25, 2009

2                                    MICHAEL J. MANDEL, attorney for
                                     Plaintiff, RICHARD ENGER
3

4   Dated:   November 25, 2009

5                                    JOHN C. SMITH, attorney for
                                     Plaintiff, RICHARD ENGER
6

7
    Dated:   _____
8                                    FRANK E. SHIMANECK, attorney
                                     for Defendant, JLG CORP.INC., JLG
9                                    INDUSTRIES, INC.

10

11  Dated:   _____
                                     JON C. YONEMITSU, attorney for
12                                   UNITED RENTALS, INC.,

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                     2.
28
─────────────────────────────────────────────────────────────
STIPULATION CONTINUING DATE OF HEARING ON DEFD'S MOTION FOR SUMMARY JUDGMENT

1   Dated:   November 24, 2009

2                                          _____
                                           MICHAEL J. MANDEL, attorney for
3                                          Plaintiff, RICHARD ENGER

4   Dated:   November 24, 2009

5                                          _____
                                           JOHN C. SMITH, attorney for
6                                          Plaintiff, RICHARD ENGER

7
    Dated:   _____
8                                          _____
                                           FRANK E. SHIMANECK, attorney
9                                          for Defendant, JLG CORP.INC., JLG
                                           INDUSTRIES, INC.

10
    Dated:   _____
11                                         _____
                                           JON C. YONEMITSU, attorney for
12                                         UNITED RENTALS, INC.,

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                  2.
28
STIPULATION CONTINUING DATE OF HEARING ON DEFD'S MOTION FOR SUMMARY JUDGMENT

1 Dated: November 24, 2009

2 _____
 MICHAEL J. MANDEL, attorney for
 Plaintiff, RICHARD ENGER

3

4 Dated: November 24, 2009

5 _____
 JOHN C. SMITH, attorney for
 Plaintiff, RICHARD ENGER

6

7 Dated: 11/24/09

8 _____
 FRANK E. SHIMANECK, attorney
 for Defendant, JLG CORP.INC., JLG
 INDUSTRIES, INC.

9

10 Dated: _____

11 _____
 JON C. YONEMITSU, attorney for
 UNITED RENTALS, INC.,

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED**, except that opposition is due **December 9, 2009** and Reply is due **December 16, 2009.**

Dated:  November 30, 2009

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Bernard Zimmerman

NORTHERN DISTRICT OF CALIFORNIA

2.

STIPULATION CONTINUING DATE OF HEARING ON DEFD'S MOTION FOR SUMMARY JUDGMENT