1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD ENGER,              )
                                 )
12            Plaintiff(s),      )      No. C08-4882 BZ
                                 )
13       v.                      )      **ORDER GRANTING DEFENDANT**
                                 )      **JLG'S MOTION FOR SUMMARY**
14   UNITED RENTALS, INC., et    )      **JUDGMENT**
     al.,                        )
15                               )
              Defendant(s).      )
16   _____)

17        Plaintiff having filed a Statement of Nonopposition,  **IT**

18   **IS ORDERED** that Defendant JLG's motion for summary judgment is

19   **GRANTED.**

20   Dated: December 4, 2009

21                              _____
                                     Bernard Zimmerman
22                               United States Magistrate Judge

23

     G:\BZALL\-BZCASES\ENGER\ORDER GRANTING DEF'S MOT FOR SUMMARY JUDGMENT.wpd
24

25

26

27

28

                                    1