```
CHARLES S. CUSTER (SBN: 124270)
JON C. YONEMITSU (SBN: 199026)
KEASARA M. WILLIAMS (SBN: 260469)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-mail: ccuster@gordonrees.com
E-mail: jyonemitsu@gordonrees.com
E-mail: kwilliams@gordonrees.com

Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.
(erroneously sued herein as United Rentals, Inc.)
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DISTRICT

| | |
|---|---|
| RICHARD ENGER,<br><br>     Plaintiff,<br><br>vs.<br><br>UNITED RENTALS, INC. JLG CORP., JLG INDUSTRIES, INC., OSHKOSH CORP., OSHKOSH INDUSTRIES, INC., and DOES 1 through 10, INCLUSIVE<br><br>     Defendant. | CASE NO. C 08-04882 BZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(PROPOSED)~~ ORDER** |

Plaintiff RICHARD ENGER and Defendants UNITED RENTALS NORTHWEST, INC., by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Release and Settlement Agreement in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER

C-08-04882 BZ

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: December 16, 2009

LAW OFFICES OF JOHN C. SMITH, JR.

_____
JOHN C. SMITH, JR., Esq.
Attorney for Plaintiff RICHARD ENGER

Dated: December 16, 2009

LAW OFFICES OF MICHAEL JAY MANDEL

_____
MICHAEL JAY MANDEL, Esq.
Attorney for Plaintiff RICHARD ENGER

Dated: December 28, 2009

GORDON & REES, LLP

_____
JON C. YONEMITSU
Attorneys for Defendant
UNITED RENTALS NORTHWEST, INC.,
(erroneously sued herein as United Rentals, Inc.)

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>RICHARD ENGER v. UNITED RENTALS NORTHWEST, INC.</u>, et al., Case Number C08-04882 BZ, is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated: December 28, 2009

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER
C-08-04882 BZ